Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Steven Downey

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| STEVEN DOWNEY, | Case No.: 5:16-cv-01137-JPR |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: October 3, 2016

_____
THE HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

-1-

1 DATE: September 27, 2016   Respectfully submitted,

2                                       LAW OFFICES OF LAWRENCE D. ROHLFING

3                                             /s/ *Brian C. Shapiro*
                            BY:_____

4                                             Brian C. Shapiro
                                            Attorney for plaintiff Steven Downey

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** <br> **FOR CASE NUMBER 5:16-CV-01137-JPR** |
| 2 | |
| 3 | I hereby certify that I electronically filed the foregoing with the Clerk of the |
| 4 | Court for this court by using the CM/ECF system on September 27, 2016. |
| 5 | I certify that all participants in the case are registered CM/ECF users and |
| 6 | that service will be accomplished by the CM/ECF system. |
| 7 | |
| 8 | */s/ Brian C. Shapiro* |
| 9 | _____ <br> Brian C. Shapiro <br> Attorneys for Plaintiff |
| 10 | _____ |